THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB W. MACK, Appellant, *v.* SILAS W. BURT et al., as Civil Service Commissioners, et al., Respondents.

*People ex rel. Mack* v. *Burt*, 65 App. Div. 157, affirmed.
(Argued March 24, 1902; decided April 8, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 14, 1901, which dismissed a writ of certiorari sought by a taxpayer to review the action of the defendants in creating in the local civil service of New York city a certain new position.

*Charles C. Burlingham* for appellant.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* and *William B. Crowell* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.